29728. SHEPPARD *v.* THE STATE.

MacINTYRE, J. This case controlled by *Sheppard* v. *State*, ante; *Henderson* v. *State*, 95 *Ga.* 326 (3) (22 S. E. 537).

*Judgment affirmed. Broyles, C. J., and Gardner, J., concur.*

DECIDED OCTOBER 9, 1942.

29747. RANDOLPH *v.* THE STATE.

MacINTYRE, J. The defendant was convicted of larceny after trust. His motion for new trial, which contained the general grounds only, was overruled and he excepted. The evidence authorized the verdict and the judge did not err in overruling the motion.

*Judgment affirmed. Broyles, C. J., and Gardner, J., concur.*

DECIDED OCTOBER 9, 1942.

*Aiken & Preston,* for plaintiff in error.

*Fred T. Lanier, solicitor-general,* contra.